**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tonni Tenuta, | No. CV06-1131-PHX-LOA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Wolpoff & Abramson, L.L.P., | |
| Defendant. | |

This matter arises on the Court's review of the file. Plaintiff commenced this action on or about April 21, 2006 (docket #1). Defendant Wolpoff & Abramson, L.L.P. filed its Answer on June 15, 2006 (docket #6). Plaintiff has filed her consent to the exercise of jurisdiction by a United States magistrate judge (docket #5).

On July 7, 2006, the undersigned issued a Notice of Assignment and Order (docket #8) ordering that Defendant Wolpoff & Abramson, L.L.P. shall file within 20 days of the date of its Order either a written consent to the exercise of authority by the magistrate judge or a written election to have the case reassigned to a U. S district judge.

As of this date, Defendant Wolpoff & Abramson, L.L.P. has failed to file its written election to either consent to magistrate judge jurisdiction nor elect to proceed before a United States district judge.

District courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions.

1  Because the period within which Defendant Wolpoff & Abramson, L.L.P. was
2  to file its written election has passed, the Court orders Defendant Wolpoff & Abramson, L.L.P.
3  to show cause in writing on or before **August 18, 2006** why this Court should not impose
4  sanctions.

5  Accordingly,

6  **IT IS HEREBY ORDERED** that Defendant Wolpoff & Abramson, L.L.P. show
7  cause in writing on or before **August 18, 2006** why this Court should not impose sanctions
8  against it for failure to comply with this Court's Orders.  Defendant may purge any sanctions
9  by either consenting to magistrate judge jurisdiction or electing to have this case assigned to a
10 district judge before the August 18, 2006 deadline.

11 DATED this 7th day of August, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge