1   **WO**

2

3

4

5

6               **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF ARIZONA**

8   _____
                                      )
9   **Tonni Tenuta,**                 )     No. CV-06-1131-PHX-LOA
                                      )
10       Plaintiff,                    )
                                      )              **ORDER**
11  v.                                )
                                      )
12  **Wolpoff & Abramson, L.L.P.,**   )
                                      )
13       Defendant.                    )
                                      )
14  _____ )

15      The   parties   having   stipulated   to   reschedule   the

16  Scheduling Conference from September 27, 2006 at 10:00 a.m.

17  to October 2, 2006 at 10:00 a.m., and finding good cause

18  appearing,

19      **IT IS HEREBY ORDERED** vacating the Scheduling Conference

20  set for   September 27, 2006 at 10:00 a.m.   and rescheduling

21  it for   October 2, 2006 at 10:00 a.m.

22      DATED this 1st day of September, 2006.

23

24                          _____
                                    Lawrence O. Anderson
25                              United States Magistrate Judge

26