Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85297
Office: (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Tonni Tenuta,** | No. CV06-1131-PHX-LOA |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **Wolpoff & Abramson, L.L.P.,** | |
| Defendant. | |

Plaintiff hereby gives notice that the parties have reached a settlement in this matter, and will submit appropriate dismissal papers.

DATED  April 11, 2007  .

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85297
floyd@bybeelaw.com

Attorney for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  April 11, 2007  the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Pat Esquivel**
   Attorney for Defendant

by    s/ Floyd W. Bybee