**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tonni Tenuta., | ) | No. CV-06-1131-PHX-LOA |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Wolpoff & Abramson, L.L.P.., | ) | |
| Defendants. | ) | |

This Court is in receipt of the Plaintiff's Notice of Settlement (docket #22), filed April 11, 2007.

**IT IS ORDERED** that the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Order on or before **May 14, 2007.** If the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report on or before **May 14, 2007,** on why additional time is necessary to finalize this matter.

DATED this 16th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge