**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tonni Tenuta., | ) | No. CV-06-1131-PHX-LOA |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Wolpoff & Abramson, L.L.P.., | ) ) ) | |
| Defendants. | ) ) | |

On April 11, 2007, Plaintiff filed a Notice of Settlement.

On April 16, 2007 the Court issued an Order (docket #23) ordering that the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Order on or before **May 14, 2007.** The Court further ordered if the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report on or before **May 14, 2007,** on why additional time is necessary to finalize this matter.

A review of the Court's docket reflects no additional filings since the Court's Order of April 16, 2007 (docket #23).

**IT IS ORDERED dismissing** this case without prejudice.

DATED this 17th day of May, 2007.

Lawrence O. Anderson
United States Magistrate Judge